**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Sevane RHYNES,**
**Defendant–Appellant.**

**United States of America,**
**Plaintiff–Appellee,**

v.

**Michael Sevane Rhynes, Defendant–**
**Appellant.**

**Nos. 97–4466, 97–4640.**

United States Court of Appeals,
Fourth Circuit.

Feb. 3, 2000.

ORDER

In No. 97–4466(L), rehearing en banc on the witness exclusion issue of Michael Rhynes is granted.

Parts IV and XVI (only insofar as Part XVI relates to Part IV) of the published majority opinion filed 10/26/99 [196 F.3d 207] are vacated, with the balance of the majority opinion to remain in full force and effect.